O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| UNITED STATES OF AMERICA, | ) | NO. SA CR 11-45 AHS |
|---|---|---|
| Plaintiff, | ) ) | ORDER GOVERNING PRETRIAL AND POST-TRIAL MOTIONS, TRIALS, |
| v. | ) ) | AND SENTENCINGS; ORDER SETTING EXHIBIT CONFERENCE |
| JAMES BRIAN NEWMAN, | ) ) | ON FRIDAY BEFORE TRIAL AT 3:00 P.M. |
| Defendant(s). | ) ) ) | |

I.

**MOTIONS**

**Motions; time estimates required.** Unless the Local Rules prescribe a different time for filing a particular motion, all pretrial motions, including motions *in limine*, must be filed and served not later than twenty-eight (28) days after arraignment and set for hearing not later than the Monday eight (8) days prior to trial at 1:30 p.m., with the date approved in advance by the Courtroom Deputy Clerk. Nothing in this Order precludes counsel from filing motions at an earlier time. Post-trial motions shall be filed in accordance with the requirements of the Federal Rules of Criminal Procedure unless the Court

otherwise orders.  Dates for hearing on the post-trial motions must be approved in advance by the Courtroom Deputy Clerk and set for hearing at 1:30 p.m.  **Counsel's estimate of the time required for presentation of the motion must be set forth adjacent to the caption of the motion**.

A party opposing a motion must file and serve a response not later than seven (7) days after service of the motion or as otherwise ordered by the Court.  **Responding counsel's estimate of the time required for presentation of opposition to the motion must be set forth adjacent to the caption of the responding papers**.

## II.

## TRIALS

Trials begin at 9:00 a.m.

**Exhibit Conference to be held on Friday before trial**.

A special conference regarding trial exhibits will be held on the Friday before the scheduled trial date at 3:00 p.m. in Courtroom 10-A, unless the Court otherwise orders.

**Voir Dire.**  At least seven (7) days prior to trial, each counsel shall file with the Clerk and serve on opposing counsel any special questions requested to be put to prospective jurors on voir dire.

**Jury instructions.  The Court orders that proposed jury instructions be filed and served no later than seven (7) days prior to trial.  Objections shall be filed and served no later than the commencement of trial.**

//
//

## III.

### SENTENCING PROCEEDINGS

Sentencing proceedings are conducted pursuant to Fed. R. Crim. P. 32(a) and the Local Rules.  If any party wishes to present material to the Court related to the sentencing, such party must file, or otherwise make available to, and serve opposing counsel/parties and the assigned United States Probation Officer such information or evidence no later than **fourteen (14) days** before the scheduled sentencing hearing.  The foregoing notwithstanding, a statement of each party's position concerning sentencing shall be filed, or otherwise made available, and served no later than two weeks before the sentencing hearing, and the proof of service shall reflect service on the Probation Officer.  Failure to timely file or present and serve such information or evidence or statement of position may result in such information not being considered by the Court in imposing a defendant's sentence.

## IV.

### SERVICE OF ORDER

The Clerk is directed to serve this Order on all counsel at the time of post-indictment arraignment proceedings.

DATED:  April 15, 2011.

                                              *ALICEMARIE H. STOTLER*
                                              **ALICEMARIE H. STOTLER**
                                              United States District Judge