# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

FILED
CLERK U.S. DISTRICT COURT
March 4, 2016
CENTRAL DISTRICT OF CALIFORNIA
BY: VM DEPUTY

## CRIMINAL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SA CR 11-45 AG | Date | March 4, 2016 |
| Title | United States v. Newman | | |

~~Present: The Honorable~~ Michael R. Wilner

| Veronica McKamie | n/a |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

Attorneys Present for Government:   Attorneys Present for Defendant:

n/a   n/a

**Proceedings:**   (IN CHAMBERS) ORDER OF DETENTION – SUPERVISED RELEASE ALLEGATION

The Court conducted a detention hearing pursuant to Federal Rule of Criminal Procedure 32.1(a)(6) and 18 U.S.C. § 3143(a) following Defendant's arrest for alleged violation(s) of the terms of Defendant's ☐ probation / ☒ supervised release.

The Court finds that:

A. ☒ Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will appear for further proceedings as required if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

☒ Lack of bail resources

☒ Refusal to interview with Pretrial Services

☐ No stable residence or employment

☐ Previous failure to appear or violations of probation, parole, or release

☐ Ties to foreign countries

☒ Allegations in petition

☐

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CRIMINAL MINUTES - GENERAL

Case No.  SA CR 11-45 AG                              Date  March 4, 2016

Title  United States v. Newman

    B.  ☒  Defendant has not carried his/her burden of establishing by clear and convincing evidence that Defendant will not endanger the safety of any other person or the community if released [18 U.S.C. § 3142(b-c)]. This finding is based on:

- ☐ Nature of previous criminal convictions
- ☒ Allegations in petition
- ☒ Substance abuse
- ☐ Already in custody on state or federal offense
- ☐

    C.  ☒  Defendant submitted to detention

\* \* \*

IT IS THEREFORE ORDERED that the defendant be detained pending further proceedings.